
# BROWNELL
# boatstands®

DEFENDANT'S EXHIBIT
B
PENGAD 800-631-6989


*User Manual*



Brownell Boat Stands, 5 Boat Rock Road, Mattapoisett, MA  02739  USA
T: +1 508-758-3671    www.boatstands.com

## *User manual for sailboats and other vessels with a keel construction*



Fig 1

Fig 2

## Fig 1 & 2

- We recommend using 5 or more stands
- Place the stands an even distance from each other along the boat.
- If the boat has the rigging on, add one extra set of Stands to make sure the boat is safe in heavy winds.
- Use a large size wooden keel support (block) or keel stands below the front and back of the keel to make sure the base is stable for the boat.
- If the ground is loose where the Stands are placed, we recommend using a small piece of plywood below each leg to prevent the leg from sinking down in the ground.
- Turn the Stand until it points against the boat´s center line (fig. 2).





## Fig 3 & 4

Fig 3

- Place the Stand with the adjustment screw in straight 90° angle to the hull.
- Put the security chain in the small groove, and tighten up by gently pulling the stand backwards.
- If one pair of stands are placed facing the keel or if the boat has a longer keel, pull the security chain below the keel and up on the other side.
- For added stability at the bow use a stand with a V-top.

Note!  Never tie your cover on the stand since it might pull them away in heavy wind.

Fig 4

## User manual for power boats



Fig 1

Fig 2

### Fig 1 & 2
- We recommend using 4 or more stands.
- Always use 2 or more wooden blocks or keel stands for support below the boat´s center-line.
- Place the stern wooden block or keel stand below where the engine is to make sure it has good support and to avoid pressure on the hull.
- Use a Brownell keel stand or strong wood blocks.



Fig 3



Fig 4

### Fig 3 & 4
- Place the stands as wide as possible for best stability.
- For power boats with a deep V bow construction, it is recommended to use Brownell sail boat stands (SB) at the bow.
- Put the security chain in the small groove, and tight up by gently pulling the stand backwards.

Note!  Do not tie your cover on the stand since it might pull them away in heavy wind, tie the cover independent.

# Number & Size

### How to choose Brownell Boat Stands for my Sailboat?
Use always 5 stands or more. We have based the recommended number of stands on the length of the boat. For sailboats with the rigging in, we recommend one extra pair of stands. If the boat is heavy in the bow or stern, we recommend using one extra stand for support to make sure the hull has less pressure.

There is also a V-top model which fits the bow well.

\*\*Make sure you have read and understand The Brownell Boat Stands installation manual before use.

### Recommendations

| | |
|---|---|
| <30 feet | 5 Stands |
| 30-40 feet | 7-9 Stands |
| 40-55 feet | 9-11 Stands |
| >55 feet | 13 or more Stands |



There are 8 different sizes of sailboat stands with up to 13 foot draft. By adding the draft with the height of keel support and subtract 6 inches you should have a number that would be recommended. Always try to have as much variation on both sides of the value as possible since it will give a better flexibility depending on ground and keel support.

| | |
|---|---|
| SB 10.5 | 123" – 140" |
| SB 9 | 108" – 125" |
| SB 8 | 95" – 101" |
| SB 0 | 79" – 96" |
| SB 1 | 64" – 79" |
| SB 2 | 48" - 65" |
| SB 3 | 35" - 52" |
| SB 4 | 24" – 36" |

### How to choose Brownell Boat Stands for my Power boat?
Power boats should always have 2 or more wooden blocks or keel stands placed below the boat. The stern block or stand should be placed below the engine since this is the part with most weight. We recommend all power boats use 4 stands or more.

Make sure you have read and understand the Brownell Boat Stands installation manual before use.

### Recommendations

| | |
|---|---|
| <30 feet | 4 Stands |
| 30-45 feet | 6-8 Stands |
| 45-60 feet | 8-12 Stands |
| >60 feet | 12 or more Stands |



There are 7 different sizes of stands for power boats with a height up to 7 feet. The most important value for calculation is the height from ground to the angel where the hull changes from vertical (side) to more horizontal (bottom). If you add this value with the wooden block support height, you will have a close number for the height of the stand. Always try to have as much variation on both sides of the value as possible since it will give a better flexibility depending on ground and keel support height. Power boats with sharp V bow construction should use the Brownell Sail Boat stand since it will give an advantage. The most common type of combination is the SB in the bow and MB in the stern.

| | |
|---|---|
| MB 0XX | 67" – 84" |
| MB 0X | 54" - 72" |
| MB 0 | 41" - 58" |
| MB 1 | 33" - 50" |
| MB 2 | 29" - 46" |
| MB 3 | 25" - 38" |
| MB 4 | 18" - 25" |

Brownell Boat Stands, 5 Boat Rock Road, Mattapoisett, MA 02739 USA
T: +1 508-758-3671   www.boatstands.com