

## THOMPSON BOWIE & HATCH LLC
### Counselors At Law


DEFENDANT'S
EXHIBIT
C
PENGAD 800-631-6989

Hillary J. Bouchard ×
James M. Bowie
Twain Braden ^ ×
Paul C. Catsos ^ ×
Rebecca H. Farnum
Dale L. Gavin ^ ×
Sarah Yantakosol Gayer
Robert C. Hatch
Brendan R. O'Rourke ^
Benjamin J. Wahrer
Rosie M. Williams

Of Counsel
Leonard W. Langer
Elizabeth Knox Peck
Jason P. Donovan

Retired
Roy E. Thompson, Jr

Also Admitted in
^ New Hampshire
× Massachusetts

November 30, 2018

Andrew H. Bate, Esq.
Wicker Smith O'Hara McCoy & Ford, P.A.
9128 Strada Place, Suite 10200
Naples, FL 04108-2683

Re:    *S/V Vesper*

Dear Mr. Bate:

Enclosed please find a DVD containing photographs of the S/V Vesper as she was found on the day she fell (November 10, 2018).

Thank you for your attention.

Best regards,

Thompson Bowie & Hatch, LLC

By: _____
Twain Braden, Esq.

TB/jl

Enclosure:    DVD